19069—State ex rel Lamb v. Rollin Swisher et al. In Mandamus. Writ denied. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock 4-13-25; 3 Abs. 249. Opinion.

### MOTION DOCKET

19096—Robert W. Ross et al v. Adams Mills Rural School Dist. et al. Motion to dismiss pet. err. Overruled. Dock. 4-24-25; 3 Abs. 278.

## Abstracts of Last Week's SUPREME COURT OPINIONS

### Syllabi

### No. 520

No. 18967—Calvin Dimmitt et al. v. The State, ex rel. Helen Milburn. Error to the Court of Appeals of Greene county.

**BASTARDY—Liability on stay bond limited to penalty on.**

### No. 521

No. 18821—W. E. Richey and John Moeller v. Allen Brett, Recr. Error to the Court of Appeals of Cuyahoga county.

**RECEIVERSHIP—Parties asking for held not liable. Compensation of receiver and expenses of administrator.**

### No. 522

**CIVIL SERVICE—Reinstatement of employe in classified service, held within discretion of the Commission, unless some affirmative abuse appears.**

DAY, J.

Reinstatement of an employe in the classified service under Rule X, Section 10, Rules and Regulations. State Civil Service Commission, Section 486-16, General Code, relating to

absence from duty without leave for more than ten consecutive days and failure to report within ten days after revocation of leave of absence, is a matter in the sound discretion of the Civil Service Commission, with the consent of the appointing officer and unless some affirmative abuse thereof appears, a writ of mandamus to compel such reinstatement will be denied.

Writ denied.

Marshall, C. J., Jones, Matthias, Allen, Kinkade and Robinson, JJ., concur.